DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BABY JOE BEARD, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2970

_____

September 6, 2023

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.